# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Francisco Javier GALLEGOS-Alvarez <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/30/2018  in the county of  Webb  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 963 & 952 | Knowingly and unlawfully import, attempt to import and conspire to import, from a place outside the United States, to wit; the United Mexican States, to a place in the United States, to wit; Laredo, Texas, a controlled substance listed under Schedule I, Title II, of the Controlled Substance Act, to wit; one thousand nine hundred and twenty three (1,923) kilograms of marijuana. |

This criminal complaint is based on these facts:

See Attachement "A"

☑ Continued on the attached sheet.

/s/ Roberto Peralta Jr
*Complainant's signature*

Roberto Peralta Jr, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/03/2018

*Judge's signature*

City and state: Laredo, Texas     Diana Song Quiroga, US Magistrate Judge
*Printed name and title*

Attachment A

I, Roberto Peralta Jr, a Task Force Officer with Homeland Security Investigations, have knowledge of the following facts:

1. On November 30, 2018, Customs and Border Protection (CBP) received information indicating that a tractor-trailer driven by Francisco Javier GALLEGOS-Alvarez was headed to the World Trade Bridge and was suspected of being involved in illicit activity.

2. On November 30, 2018, GALLEGOS-Alvarez arrived at the World Trade Bridge Port of Entry in Laredo, Texas, driving the aforementioned tractor-trailer. The primary inspection Customs and Border Protection Officer (CBPO) obtained a negative declaration and referred GALLEGOS-Alvarez to secondary inspection.

3. In secondary inspection, CBPOs were given a negative oral declaration for prohibited items. An X-ray inspection of the vehicle revealed anomalies within the trailer. A canine inspection of the vehicle resulted in a positive alert for the presence of narcotics odor within the trailer. Additionally, CBPOs noticed tampering to trailer's rear doors' seal latch.

4. Upon inspection of the trailer, CBPOs discovered 160 black cellophane wrapped bundles containing approximately 1,923.00 kilograms of a green leafy substance that field tested positive for the properties of marijuana.

5. On November 30, 2018, Homeland Security Investigations (HSI) special agents and High Intensity Drug Trafficking Area (HIDTA) Task Force Officers (TFO) responded to the aforementioned seizure. Agents and TFOs advised GALLEGOS-Alvarez of his Miranda Rights in the Spanish language. GALLEGOS-Alvarez signed a waiver of rights form and agreed to make a statement without the presence of an attorney.

6. During the interview, GALLEGOS-Alvarez stated to HSI agents and TFOs that he picked up the tractor-trailer from a yard located in Nuevo Laredo, Tamaulipas, Mexico and did not make any unauthorized deviations while in route to the World Trade Bridge in Laredo, Texas. GALLEGOS-Alvarez was questioned on several occasions by HSI agents and TFOs, if he had made any stops before arriving to the World Trade Bridge. GALLEGOS-Alvarez again denied deviating from his route or stopping at any location before arriving to the World Trade Bridge.

7. Investigative research conducted by HSI agents and TFOs discovered that GALLEGOS-Alvarez had deviated from the truck yard's regular route of travel to the World Trade Bridge; and made a stop at an unknown location in which he remained for a significant amount of time before continuing his travel to the

       World Trade Bridge, contradicting the statements he had made to HSI agents and TFOs.

8. GALLEGOS-Alvarez was arrested and transported to Webb County Jail.