# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Francisco Javier GALLEGOS-Alvarez

I, Roberto Peralta Jr, declare and state as follows:

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

On November 30, 2018, Customs and Border Protection (CBP) received information indicating that a tractor-trailer driven by Francisco Javier GALLEGOS-Alvarez was headed to the World Trade Bridge and was suspected of being involved in illicit activity.

On November 30, 2018, GALLEGOS-Alvarez arrived at the World Trade Bridge Port of Entry in Laredo, Texas, driving the aforementioned tractor-trailer. The primary inspection Customs and Border Protection Officer (CBPO) obtained a negative declaration and referred GALLEGOS-Alvarez to secondary inspection.

In secondary inspection, CBPOs were given a negative oral declaration for prohibited items. An X-ray inspection of the vehicle revealed anomalies within the trailer. A canine inspection of the vehicle resulted in a positive alert for the presence of narcotics odor within the trailer. Additionally, CBPOs noticed tampering to trailer's rear doors' seal latch.

Upon inspection of the trailer, CBPOs discovered 160 black cellophane wrapped bundles containing approximately 1,923.00 kilograms of a green leafy substance that field tested positive for the properties of marijuana.

On November 30, 2018, Homeland Security Investigations (HSI) special agents and High Intensity Drug Trafficking Area (HIDTA) Task Force Officers (TFO) responded to the aforementioned seizure. Agents and TFOs advised GALLEGOS-Alvarez of his Miranda Rights in the Spanish language. GALLEGOS-Alvarez signed a waiver of rights form and agreed to make a statement without the presence of an attorney.

During the interview, GALLEGOS-Alvarez stated to HSI agents and TFOs that he picked up the tractor-trailer from a yard located in Nuevo Laredo, Tamaulipas, Mexico and did not make any unauthorized deviations while in route to the World Trade Bridge in Laredo, Texas. GALLEGOS-Alvarez was questioned on several occasions by HSI agents and TFOs, if he had made any stops before arriving to the World Trade Bridge. GALLEGOS-Alvarez again denied deviating from his route or stopping at any location before arriving to the World Trade Bridge.

Investigative research conducted by HSI agents and TFOs discovered that GALLEGOS-Alvarez had deviated from the truck yard's regular route of travel to the World Trade Bridge; and made a stop at an unknown location in which he remained for a significant amount of time before continuing his travel to the World Trade Bridge, contradicting the statements he had made to HSI agents and TFOs.

GALLEGOS-Alvarez was arrested and transported to Webb County Jail.

Executed on the ___1st___ day of December 2018.

*Roberto Peralta Jr.*
Roberto Peralta Jr
Task Force Officer
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE